# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Jeffrey Joseph Jerome and Caroline Jerome            Bankruptcy Case No.:
                                                            8−14−75114−ast

Jeffrey Joseph Jerome
Caroline Jerome

                                    Plaintiff(s),

−against−                                                   Adversary Proceeding No.
                                                            8−15−08194−ast

Christiana Trust, a Division of Wilmigton Savings Fund Society, FSB, as Trustee
for Normandy Mortgage Loan Trust, Series 2013−17
Aurora Loan Services, LLC
Rushmore Loan Management Services, LLC
The Bank of New York Mellon as Indenture Trustee for American Home Mortgage
Investment Trust 2004−4
Ocwen Loan Servicing, LLC.

                                    Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| **Address of Clerk:** |
| --- |
| **United States Bankruptcy Court**<br>**290 Federal Plaza**<br>**Central Islip, NY 11722** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
| --- |
| **Michael G McAuliffe**<br>**68 South Service Road**<br>**Suite 100**<br>**Melville, NY 11747** |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: June 16, 2015                                Robert A. Gavin, Jr., Clerk of the Court

**Summons (AST)**[Summons and Notice of Pretrial Conf. rev. 03/16/2009]